**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Gustavo Nava Lobera, | ) | |
| | ) | |
| Petitioner, | ) | No. 25 CV 13593 |
| | ) | Judge John J. Tharp, Jr. |
| v. | ) | |
| | ) | |
| Samuel Olson, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**CORRECTED JUDGMENT ORDER**

This action having been decided by Judge John J. Tharp, Jr., on a motion for writ of habeas corpus, it is hereby ORDERED:

Judgment is hereby entered in favor of petitioner Gustavo Nava Lobera and against respondent Samuel Olson. Petitioner shall not recover costs from respondent.

Dated: December 2, 2025

/s/ John  J. Tharp, Jr.
John J. Tharp, Jr.
United States District Judge